NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REALTIME ADAPTIVE STREAMING LLC,**
*Plaintiff-Appellant*

**v.**

**SLING TV, L.L.C., SLING MEDIA, L.L.C., DISH NETWORK L.L.C., DISH TECHNOLOGIES L.L.C.,**
*Defendants-Appellees*

**SLING MEDIA, INC., ECHOSTAR TECHNOLOGIES LLC,**
*Defendants*

---

2021-2268

---

Appeal from the United States District Court for the District of Colorado in No. 1:17-cv-02097-RBJ, Judge R. Brooke Jackson.

---

**JUDGMENT**

---

BRIAN DAVID LEDAHL, Russ August & Kabat, Los Angeles, CA, argued for plaintiff-appellant.  Also represented by MARC A. FENSTER, REZA MIRZAIE, JAMES S. TSUEI, PHILIP WANG, SHANI M. WILLIAMS.

ADAM SHARTZER, Fish & Richardson P.C., Washington, DC, argued for defendants-appellees. Also represented by MICHAEL JOHN BALLANCO, RUFFIN B. CORDELL, BRIAN JAMES LIVEDALEN.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| May 11, 2023 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |